In the Matter of MICHAEL W. RICKARD, II, an Attorney, Respondent. [907 NYS2d 899]—Order of suspension entered pur-

suant to Judiciary Law § 90 (4) (a) and (g). Present—Smith, J.P., Centra, Fahey, Sconiers and Gorski, JJ. (Filed Sept. 17, 2010.)